AO91 (Rev. 12/03)   Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Rodrigo Axel ESPINOZA-Valdez
A215 768 199  Mexico
AKA Rodrigo ESPINOZA VALDEZ

**CRIMINAL COMPLAINT**

Case Number: 1:19-po-3399

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __July 11, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on July 11, 2019. The defendant is a citizen of Mexico who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on July 11, 2019 thus avoiding immigration inspection.

Defendant had no funds.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Fayett, Bernardo I.  Border Patrol Agent
Signature of Complainant

Fayett, Bernardo I.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 12, 2019                                                                at   Brownsville, Texas
Date                                                                               City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge               Title of Judge                              Signature of Judge